UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 SEP 18 AM 9:41

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>David Joseph FRIEDMAN | Magistrate's Case No. 07 MJ 2252<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about September 17, 2007, within the Southern District of California, defendant David Joseph FRIEDMAN did knowingly and intentionally import approximately 205 vials (2050 milliliters) of Ketamine a schedule III controlled substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Joseph Di Meglio
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this ___18th___ day of ___September___, 2007.

United States Magistrate Judge

United States of America
         VS.
**David Joseph FRIEDMAN**

## STATEMENT OF FACTS

On September 17, 2007, at approximately 1729 hours, David Joseph FRIEDMAN entered the United States from Mexico through the San Ysidro Port of Entry, San Diego, California as the driver, sole occupant, and registered owner of a 2000 Toyota Tundra bearing California license plate 6D56029.

FRIEDMAN approached a Customs and Border Protection Officer (CBPO) in vehicle primary lane #22. FRIEDMAN presented a valid California Drivers license and stated he was a U.S. citizen. FRIEDMAN gave two negative declarations. FRIEDMAN stated he was in Mexico for a friend's birthday party. FRIEDMAN stated he was hung over and just wanted to get home. FRIEDMAN and the vehicle were escorted to the vehicle secondary area for further inspection.

In the vehicle secondary area, a narcotic detector dog alerted to a narcotic odor coming from the passenger side dashboard area of the vehicle. Subsequent search of the vehicle resulted in the discovery of 205 vials (2050 milliliters) of Ketamine were found concealed in the dash.

FRIEDMAN was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.