# UNITED STATES DISTRICT COURT

SOUTHERN　　　　DISTRICT OF　　　　CALIFORNIA

### APPEARANCE

Case Number: 07mj2252

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAVID JOSEPH FRIEDMAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/21/2007 | /S/ JODI D. THORP |
| Date | Signature |
| | Jodi D. Thorp / Federal Defenders of SD — 223663 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City — State — Zip Code |
| | (619) 234-8467 — (619) 687-2666 |
| | Phone Number — Fax Number |