**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:  (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
jodi_thorp@fd.org

Attorneys for Mr. Friedman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj2252 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **DAVID JOSEPH FRIEDMAN**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney's Office**
efile.dkt.gc2@usdoj.gov

Dated: September 21, 2007                     *s/ Jodi D. Thorp*
                                        **JODI D. THORP**
                                        Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        e-mail: jodi_thorp@fd.org