PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 15 AM 10: 00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ PW _____ DEPUTY

U. S. A. vs. DAVID JOSEPH FRIEDMAN            Docket No. 07CR2859DMS-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Tammy Riedling Pretrial Services Officer presenting an official report upon the conduct of defendant DAVID JOSEPH FRIEDMAN who was placed under pretrial release supervision by the Honorable Jan M. Adler sitting in the court at San Diego, on the 19th day of September, 2007, under the following conditions:

restrict travel to the Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR MODIFICATION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. The defendant's drug history was not available to the Court prior to the setting of bond conditions. The defendant reported a recent history of marijuana use to Pretrial Services.

PRAYING THE COURT WILL MODIFY THE CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT, AS SPECIFIED BY PRETRIAL SERVICES.

ORDER OF COURT

Considered and ordered this __13th__ day of November, 20_07_ and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Dana M. Sabraw

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __November 6, 2007__

Respectfully,

_____
Tammy Riedling, U.S. Pretrial Services Officer
(619) 557-7207

Place __San Diego, California__

Date __November 6, 2007__