1  KAREN P. HEWITT
   United States Attorney
2  CHARLOTTE E. KAISER
   Assistant U.S. Attorney
3  California State Bar No. PENDING
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-7031 (Telephone)/619 557-5551 (Fax)
   Email: charlotte.kaiser@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )    Criminal Case No. 07CR2859
                                )
11              Plaintiff,      )
                                )    NOTICE OF APPEARANCE
12         v.                   )
                                )
13 DAVID JOSEPH FRIEDMAN,       )
                                )
14              Defendant.      )
                                )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18 I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

19 There are no other government attorneys (who are admitted to practice in this court or authorized to

20 practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for

21 CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

22         Effective this date, the following attorneys are no longer associated with this case and should

23 not receive any further Notices of Electronic Filings relating to activity in this case:

24         U.S. Attorney CR.

25         Please feel free to call me if you have any questions about this notice.

26         DATED: December 3, 2007.

27                                          KAREN P. HEWITT
                                            United States Attorney
28
                                            /s/Charlotte E. Kaiser
                                            CHARLOTTE E. KAISER
                                            Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2859 |
| )  Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| DAVID JOSEPH FRIEDMAN, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Charlotte E. Kaiser, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated December 3, 2007, and this Certificate of Service, dated December 3, 2007, on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Jodi D. Thorp, Attorney for Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 3, 2007.

/s/Charlotte E. Kaiser
CHARLOTTE E. KAISER
Assistant U.S. Attorney